No. 597. FAHEY, RECEIVER, ET AL. *v.* COOK ET AL. February 27, 1939. On consideration of the suggestion of a diminution of the record and motion for a writ of certiorari in that relation, the motion for a writ of certiorari is denied. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Meyer Abrams* for petitioners. *Messrs. Samuel E. Hirsch, William M. Klein, Lewis C. Jesseph,* and *Ralph R. Hauxhurst* for respondents.

No. 564. SIOUX TRIBE OF INDIANS *v.* UNITED STATES. February 27, 1939. Petition for writ of certiorari to the Court of Claims denied. *Messrs. Ralph H. Case, James S. Y. Ivins,* and *Richard B. Barker* for petitioner. *Solicitor General Jackson, Assistant Attorney General McFarland,* and *Mr. C. W. Leaphart* for the United States.

No. 589. ARK ET AL. *v.* FANSTEEL METALLURGICAL CORP. February 27, 1939. Petition for writ of certiorari to the Supreme Court of Illinois denied. *Messrs. Lee Pressman, George B. Gillespie,* and *Edmund Burke* for petitioners. *Messrs. Benjamin V. Becker, Max Swiren,* and *Sidney Block* for respondent.

No. 596. WESTCHESTER COUNTY *v.* SOUND MARINE & MACHINE CORP. February 27, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. William A. Davidson* and *Frank J. Claydon* for petitioner. *Mr. James H. Hickey* for respondent.